Decided September 20, 2005

## JAMEL BURKE *v.* COMMISSIONER OF CORRECTION

The petitioner Jamel Burke's petition for certification for appeal from the Appellate Court, 90 Conn. App. 370 (AC 24800), is denied.

*Jane E. Carroll*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 20, 2005